# EXHIBIT 2



November 11, 2016

Eric Evans
777 Techwood Drive NW
Atlanta, GA 30313

Dear **Eric**:

On behalf of Akuna Capital LLC (hereinafter referred to as the "Company"), I am pleased to extend an offer to you for the position of **Junior Trader** reporting to **Andrew Karpiel, Co-Head of Trading**. Below I have outlined the details of this offer:

**Salary**: You will be paid a salary at an annual rate of **$110,000**, payable in accordance with the Company's normal payroll practices. Performance and salary reviews will be on an annual basis.

**Guaranteed Bonus:** In addition to your salary you shall, subject to the conditions in this letter, receive a guaranteed bonus ("Guaranteed Bonus") for your employment during 2017 and 2018. The Guaranteed Bonus will be paid in two installments. The first payment will be made by March 31, 2018, or the date nearest to March 31, 2018, in accordance with Akuna's normal payroll practices and shall be equal to **$20,000** divided by twelve (12) months with the sum then multiplied, on a pro-rata basis, based on the number of months you were continuously employed by the Company in 2017. The second payment will include the remaining sum of the guaranteed bonus that was not paid in 2018 in addition to any discretionary bonus and payment will be made by March 31, 2019 or the date nearest to March 31, 2019.

**Discretionary Bonus**: In addition, you will be eligible for a discretionary bonus ("Bonus"). Bonus awards are based on company and individual performance and are made at the discretion of your Manager and the Company's executive management. Individuals that are not employees on the day that bonus payments are made are not eligible to receive the bonus. Bonuses after the "Guaranteed Bonus" are not guaranteed and will be awarded at the complete discretion of management.

**Signing Bonus:** In addition to your salary described above, and as consideration for your agreement to abide by the terms of the Company's Restrictive Covenant Agreement (the "RCA"), the Company will pay you a Signing Bonus in the amount of ten thousand dollars (**$10,000**), less applicable withholdings. This will be included in the first payroll following your first ninety (90) days of successful employment with the Company in accordance with the Company's normal payroll practices. If your employment with the Company terminates on or before the one (1) year anniversary of your start date, either because you resign or because the Company discharges you, you shall immediately repay the gross amount of the signing bonus fee to the Company.

**Relocation:** In addition to your salary described above, and as consideration for your agreement to abide by the terms of the Company's Restrictive Covenant Agreement (the "RCA"), the Company will pay you a relocation fee in two installments totaling five thousand dollars (**$5,000**), less applicable withholdings. The first installment in the amount of **$2,500** will be included in the first payroll following your start date with the Company and the second installment in the amount of **$2,500** following your ninetieth (90) day of successful employment in accordance with the Company's normal payroll practices. If your employment with the Company terminates on or before the one (1) year anniversary of your start date, either because



you resign or because the Company discharges you, the Company has the right, but not the obligation, to request the immediate repayment of the gross amount of the relocation fee to the Company.

**Benefits**: You will also be eligible to participate in all benefit plans offered to other employees of the Company in similar positions and with similar responsibilities (subject to any applicable waiting periods and other restrictions), which at present are expected to include group medical and dental insurance and a 401(k) retirement program. While the Company expects to continue offering the same or similar employee benefits as are presently contemplated, you should understand that the Company has the right to modify, alter, change or discontinue any or all such plans or its contribution rates to such plans at any time.

**Vacation**: In addition to normal exchange holidays, you will be eligible for fifteen (15) days of vacation per calendar year, pro rated for any partial year of employment and to accrue on a monthly basis in accordance with the Company's policy. Vacation time should be used in the year it accrues; however, a maximum of ten (10) vacation days may be carried over into the next calendar year, but such vacation days must be used in such calendar year and cannot be carried over thereafter. The Company has the right to modify this carryover policy at any time.

**Status**: Your status will be that of employee, and your employment is at-will, meaning that you or the Company can terminate your employment without cause or reason at any time. As such, this letter does not constitute an employment agreement.

**Start Date**: **August 2017**

**Equipment**: The Company may, at times, provide computer equipment, software or other items necessary for your efforts on behalf of the Company. Such equipment, software or other items will remain the property of the Company, unless other arrangements have been made.

**Outside Business Activities**: During your employment, we want you to devote your best efforts and full business time and attention to the Company. As such, we expect that you will not engage in any other business activity or have any other business pursuits or interests unless we consent to such activity, pursuit or interest in writing.

As a condition of your employment, you will be required to review and sign the following, as well as other necessary and required documentation:

- a Restrictive Covenant and Employee Work Made For Hire Agreement that will protect the Company's ongoing interests and investments in research, computing and all aspects of its trading facilities and methodologies and

- an authorization to obtain consumer report information, which authorizes the Company to perform a background investigation in connection with the processing of your employment application.



This letter supersedes any prior oral or written agreements or understandings with the Company related to your employment, and cannot be changed except in writing signed by an authorized executive of the Company. Please indicate your acceptance of this offer by signing in the space provided below and returning one copy of this letter to me at your earliest convenience, but in any event no later than **November 30, 2016**.

Should you have any questions, please feel free to call me.

We are excited to have you join us, and look forward to working with you.

                        Sincerely,

                        *Andrew Killion*

                        Andrew Killion, CEO
                        Akuna Capital LLC

Accepted:

*Eric Evans*
Signature
11/18/2016
Date